# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1918
LT Case Nos. 2020-CF-4839-A
2020-CF-4840-A
2020-CF-4841-A
2020-CF-4842-A
2020-CF-4843-A
2020-CF-4844-A
2020-CF-4845-A
2020-CF-4846-A
2020-CF-4847-A
2020-CF-4848-A
2021-CF-0099-A
2021-CF-0100-A

_____

SHAWN MATHEW EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Olivia M. Goodman, of O'Brien Hatfield, P.A., Tampa, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2